U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

> Application granted. A Speedy Trial Act exclusion order will be docketed separately.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 30.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        October 19, 2021

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    *United States v. Quinlan O'Brien*, 21 Cr. 597 (PMH)

Dear Judge Halpern:

      A change of plea hearing is scheduled in the above-captioned case on December 20, 2021, at 12:00 PM. *See* ECF No. 29. On October 1, 2021, Judge Davison excluded time pursuant to the Speedy Trial Act through October 15, 2021. *See* Dkt. Entry dated October 1, 2021. The Government respectfully requests that the Court exclude time under the Speedy Trial Act until December 20, 2021, pursuant to 18 U.S.C. § 3161(h) because, in light of the scheduled change of plea hearing, the interests of justice outweigh the public's and the defendant's interest in a speedy trial. Defense counsel consents to this request. A proposed Order is attached.

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney
                                  Southern District of New York

                By:    __*/s/ Steven J. Kochevar*_____
                       Steven J. Kochevar
                       Assistant United States Attorney
                       (914) 993-1928

cc:    Mehdi Essmidi, Esq. (by ECF)