

May 13, 2022

Judge Philip M. Halpern
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: <u>*United States of America v. Quinlan Daniel O'Brien (21-cr-00597)*</u>

<u>*Via Electronic Mail*</u>

Dear Judge:

My client, Quinlan Daniel O'Brien, respectfully requests the following travel modifications to his current bond conditions. Mr. O'Brien has enrolled for college courses at SUNY New Paltz and is seeking to have his travel restrictions modified to include travel in Ulster County. Furthermore, we are also requesting additional travel boundaries so that Mr. O'Brien may find an area in or around Ulster County for a new residence.

Mr. O'Brien's pre-trial officer does not have any objection to this travel request. I spoke with AUSA Steven Kochevar, who indicated that the Government likewise does not have any objection to this request either. Accordingly, we hereby request that Mr. O'Brien's bond is modified to allow him to attend school at SUNY New Paltz and that he will be authorized for travel in Ulster, Green, and Delaware Counties.

Regards,

*Mehdi Essmidi*

Mehdi Essmidi, Esq.

---

Application granted. Mr. O'Brien's bond conditions are modified such that he is permitted to attend school at SUNY New Paltz and is authorized for travel in Ulster, Green, and Delaware Counties in New York.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
         May 18, 2022

---

757 3RD AVENUE, 20TH FLOOR, NEW YORK, NY 10017
TEL. 212.951.1300    FAX 212.951.1302
NEW YORK    LOS ANGELES    HOUSTON