

Honorable Judge Philip M. Halpern
U.S. District Court Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

> Application granted. Mr. O'Brien's bond conditions are modified such that he is permitted to travel on July 22, 2022 to Clinton County, NY, for a camping trip to the Ausable Point Campground in Peru, NY, and return on July 30, 2022.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        July 8, 2022

Re:     <u>United States of America v. Quinlan Daniel O'Brien (7:21-cr-00597-PMH)</u>

<u>Via Electronic Case Filing (ECF)</u>

Dear Judge Halpern,

My client, Quinlan O'Brien, respectfully submits this letter motion seeking a modification of his pre-trial release conditions. Specifically, Mr. O'Brien requests permission to travel to Clinton County, NY, for a camping trip to the Ausable Point Campground in Peru, NY.

Mr. O'Brien requests permission to travel from July 22nd, 2022, to July 30th, 2022. He intends to leave for this trip from his home on July 22nd, 2022, and will travel by automobile.

Mr. O'Brien's pre-trial officer does not have any objection to this travel request. Moreover, I have discussed this request with AUSA Steven Kochevar, who likewise indicated that the government does not have any objection to this request.

Accordingly, we hereby request that Mr. O'Brien's pre-trial release conditions be modified in accordance with the above request.

Regards,

*Jeff Greco*

Jeff Greco, Esq.