UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA              :
                                      :
v.                                    :     **RESCHEDULING**
                                      :     **ORDER**
                                      :
**Quinlan O'Brien,**                  :
              Defendants.             :     7:21-cr-00597- PMH
                                      :
-----------------------------------------------------------x

Sentencing in this matter is rescheduled to August 15, 2022 at 3:00 pm in courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: July 22, 2022              SO ORDERED:

                                  _____
                                  Philip M. Halpern, U.S.D.J