UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

v.

QUINLAN O'BRIEN,

                                    Defendant.
------------------------------------------------------------X

ORDER

21-cr-597-PMH

On August 4, 2022, the Court granted an adjournment of sentencing in this matter to August 29, 2022 and directed that Defendant's sentencing submission be filed by August 15, 2022, with the Government's response due August 22, 2022. Because Defendant's submission has not been filed to date, the sentencing is hereby adjourned to **September 16, 2022 at 9:30 a.m.** in courtroom 520. Defendant's written submission shall be filed no later than **September 2, 2022**. The Government's response shall be filed by **September 9, 2022**.

Dated: White Plains, New York
            August 22, 2022

_____
Philip M. Halpern
United States District Judge

1